**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Case Number 23-2230

ABIGAIL STRATTON,

Petitioner-Appellee,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

Respondent-Appellant.

**CITATION OF SUPPLEMENTAL AUTHORITY**

To the Clerk:

Pursuant to FRAP 28(j), Respondent-Appellant, the Secretary of Health and Human Services ("Secretary"), hereby advises that the Court recently issued its opinion in a case cited by the Secretary in his opening brief, *Cottingham v. Sec'y, HHS*, No. 2022-1737. *See* Brief of Respondent-Appellant ("Appellant Br.") at 1 n.1, 24, and 26.

In its opinion in *Cottingham*, the Court affirmed, per curiam and without opinion pursuant to Fed. Cir. R. 36, the special master's denial of an award of attorneys' fees and litigation costs under Section 15(e) of the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34, based on the special master's finding that the evidence in that case failed to establish a reasonable basis for the petitioner's claim. *See Cottingham v. Sec'y, HHS*, No. 2022-1737, 2023

WL 7545047, at *1 (Fed. Cir. Nov. 14, 2023). *Cottingham* involved a claim and evidence similar to the claim and evidence at issue in this case. Although *Cottingham* is not binding precedent, the Court's affirmance of the special master's decision there supports the Secretary's argument that the record here likewise does not establish a reasonable basis for Stratton's claim. *See* Appellant Br. at 26-30.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

s/ Voris E. Johnson, Jr.
VORIS E. JOHNSON, JR.
Senior Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
Tel: (202) 616-4136
Email: voris.johnson@usdoj.gov

Dated: December 1, 2023

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing contains less than 350 words and is, therefore, in conformity with FRAP 28(j).

/s/ Voris E. Johnson, Jr.
VORIS E. JOHNSON, JR.
Attorney for Respondent-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2023, the foregoing **CITATION OF SUPPLEMENTAL AUTHORITY** was served electronically upon:

Andrew D. Downing
DOWNING, ALLISON & JORGENSON
3030 N. Central Avenue, Suite 507
Phoenix, AZ 85012
adowning@daj-law.com

/s/ Voris E. Johnson, Jr.
VORIS E. JOHNSON, JR.
Attorney for Respondent-Appellant