# United States Court of Appeals for the Federal Circuit

---

**ABIGAIL STRATTON,**
*Petitioner-Appellee*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellant*

---

2023-2230

---

Appeal from the United States Court of Federal Claims in No. 1:20-vv-01515-CNL, Judge Carolyn N. Lerner.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

June 6, 2025
Date

Jarrett B. Perlow
Clerk of Court